CHARLES C. CLAUSEN, Appellant, *v.* HERRMANN REALTY COMPANY, Respondent.

*Clausen* v. *Herrmann Realty Co.*, 140 App. Div. 910, modified.

(Argued May 16, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 3, 1910, affirming a judgment in favor ot defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to cancel a certain contract of guaranty.

*Edward W. S. Johnston* for appellant.

*Harold Swain* and *Henry L. Moses* for respondent.

Judgment modified by striking out the words "on the merits," and as modified affirmed, without costs in this court; no opinion.

· Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.